UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MARCOS DANIEL SANCHEZ,

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION INTERACTIVE, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK N.A.; SYNCHRONY BANK; CAPITAL ONE, N.A.; and PNC BANK N.A.,

Defendant.

Case No. 26-cv-5808-BJC-DDL

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On October 9, 2026, Defendant Experian ("Experian") removed the present case to this Court. ECF No. 1. The Complaint was originally filed in the Superior Court of California, County of San Diego ("Superior Court") on April 20, 2026. On May 13, 2026, that court voided the case for Plaintiff's failure to pay the filing fee. ECF No. 4.

On November 6, 2026, Experian notified the Court that, prior to removal, the case had been voided by the Superior Court. ECF No. 4. Thus, Experian requests

dismissal for lack of subject matter jurisdiction. *Id.*

Any civil action brought in state court may be removed to the "the district court of the United States for the district" where the action is pending. 28 U.S.C. § 1441(a). The Superior Court voided Plaintiff's Complaint on May 13, 2026, therefore, there was no pending state court action that could be removed. As a result, this Court never assumed jurisdiction over the action through the Notice of Removal. See *Casola v. Dexcom, Inc.*, 98 F.4th 947, 963 (9th Cir. 2024) (the absence of an existing civil action in state court "did not confer jurisdiction on the district court to hear the cases because there were no cases then pending").

For the foregoing reasons, the Court dismisses the action without prejudice.

**IT IS SO ORDERED.**

Dated: November 18, 2026

Honorable Benjamin J. Cheeks
United States District Judge